### FUTRELLE v. KARSMAN et al.

ATKINSON, J. From an inspection of the bill of exceptions and the record in this case it appears that the action, though denominated an equitable action, is one at law, and is a case of which, under the constitution of this State, the Supreme Court has not jurisdiction. Accordingly the case will be *Transferred to Court of Appeals. All the Justices concur.*

No. 7323. OCTOBER 19, 1929.

*Frederick A. Tulen,* for plaintiff.

*Girard M. Cohen, Columbus E. Alexander,* and *Myer Cherkas,* for defendants.